People of the State of Illinois ex rel. Food Empire, Inc., an Illinois Corporation, Petitioner-Appellee, v. City of Chicago, a Municipal Corporation, John C. Marcin, City Clerk, and O. W. Wilson, Superintendent of Police, and William T. Prendergast, City Collector, Respondents-Appellants.

Gen. No. 52,214.

First District, Third Division.

November 7, 1968.

Raymond F. Simon, Corporation Counsel, of Chicago (Marvin E. Aspen and Edmund Hatfield, Assistant Corporation Counsel, and Harry H. Pollack, Special Assistant Corporation Counsel, of counsel), for appellants; no brief for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.